Lorenzo Grier, pro se. Brian David Miller, Assistant United States Attorney, Alexandria, VA, for appellee.

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

PER CURIAM.

Lorenzo Grier appeals the district court's order dismissing his suit alleging fraud, breach of contract, and discrimination. Because Grier has previously appealed this order and this court has already rendered a decision, *see Grier v. United States*, No. 94–2319, 1995 WL 361271 (4th Cir. May 18, 1995) (unpublished), we grant the Government's motion to dismiss. We dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

**Lorenzo GRIER, Plaintiff–Appellant,**

v.

**UNITED STATES of America, Defendant–Appellee.**

No. 00–2041.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 12, 2000.

Decided Feb. 15, 2001.